IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAPGEMINI U.S. LLC, )<br>)<br>Plaintiff, )<br>)<br>-against- )<br>)<br>SURESH KANCHUSTAMBHAM, ASHOK )<br>LAKSHMAN, K-MACS LLC, and MADHURI )<br>BONDADA, )<br>)<br>Defendants. ) | Civil Action No.<br>1:13-CV-01727-ODE |

**PLAINTIFF'S *EMERGENCY* MOTION FOR PRE-JUDGMENT ATTACHMENT AND INJUNCTIVE RELIEF**

COMES NOW Plaintiff Capgemini U.S. LLC ("Capgemini") and, pursuant to Fed. R. Civ. P. 64 and 65 and O.C.G.A. § 18-3-1 *et seq*., moves the Court, on an *emergency* basis, for an order of pre-judgment attachment pursuant to which Capgemini seeks to attach (i) real property of defendants Suresh Kanchustambham a/k/a Suresh Kanchusthambham ("Suresh") and Madhuri Bondada ("Madhuri") located at 770 Pimlicon Place, Suwanee, GA 30024 (the "Pimlicon Place Property"), (ii) real property of Suresh located at 655 Earlham Drive, Suwanee, GA 30024, and (iii) real property of defendant Ashok Lakshman

("Ashok") located at 615 Earlham Drive, Suwanee, GA 30024.  Suresh, Madhuri and Ashok have moved, are about to move and/or have absconded to India. Capgemini also seeks immediate injunctive relief enjoining the sale of such properties and transfers of assets outside this state.

An order of attachment (i) is authorized by Georgia law, and (ii) would preserve a source of recovery in the event of a judgment in favor of Capgemini on its claims arising out of the misconduct of defendants Suresh, Ashok and Madhuri, former employees and/or contractors of Capgemini, which misconduct has given rise to claims of breach of contract, breach of fiduciary duty, unjust enrichment and fraud.

Further, pursuant to LR 7.2(B), NDGa, good cause exists for the Court to grant an immediate hearing and resolve this Motion on an expedited basis. In connection with their departure to India, defendants Suresh and Madhuri have very recently attempted to sell their Pimlicon Place Property, which sale is scheduled to close on or before June 15, 2013.  Any sale of this property before the Court has an opportunity to resolve Capgemini's request for pre-judgment attachment would effectively nullify a substantial part of the relief that Capgemini

seeks. Therefore, Capgemini requests that its Motion be heard on an *emergency* basis.[1]

In support of its Motion, Capgemini relies upon the record in this case, Capgemini's accompanying Affidavit of Rick Hymer ("Hymer Affidavit"), with exhibits, and Capgemini's Brief in Support of its Emergency Motion ("Brief") filed herewith. As discussed more fully in the Hymer Affidavit and the Brief, Capgemini respectfully requests that the Court grant CapGemini's Motion on an expedited basis consistent with the terms of the proposed Order attached to the Brief as Exhibit "B", and grant such other and further relief as the Court deems just and proper.

Respectfully submitted this 3rd day of June, 2013.

---

[1] In addition to serving a copy of this Motion and related pleadings on Defendants' last known addresses, Capgemini has additionally attempted to notify Defendants of the relief sought by the present Motion by way of Defendants' last known e-mail addresses and mobile phone numbers.

ARNALL GOLDEN GREGORY LLP


By: s/ Anuj Desai
    Andrew B. Flake
    Georgia Bar No. 262425
    Anuj Desai
    Georgia Bar No. 193889
    171 17th Street Northwest, Suite 2100
    Atlanta, GA 30363
    Tel:  404-873-8658
    anuj.desai@agg.com

    Gerry Silver, Esq.
    SULLIVAN & WORCESTER LLP
    (Admitted Pro Hac Vice)
    1633 Broadway
    New York, New York 10019
    Phone:  (212) 660-3096
    Fax:  (212) 660-3001
    gerry.silver@sandw.com

    Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that I have this day served the foregoing PLAINTIFF'S EMERGENCY MOTION FOR PRE-JUDGMENT ATTACHMENT OF CERTAIN OF DEFENDANTS' REAL PROPERTY AND/OR INJUNCTIVE RELIEF by electronic mail and by placing a copy of the same in the United States mail, postage paid, addressed as follows:

>Ashok Lakshman
>615 Earlham Drive
>Suwanee, GA 30024
>Aklakshman05@gmail.com

>Suresh Kanchustambham
>Madhuri Bondada
>770 Pimlicon Place
>Suwanee, GA 30024
>kmacs.com@gmail.com
>madhuribondada@gmail.com

>K-Macs LLC
>770 Pimlicon Place
>Suwanee, GA 30024
>kmacs.com@gmail.com

Dated:  June 3, 2013.

>s/ Anuj Desai
>Anuj Desai, Esq.