# EXHIBIT "B"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAPGEMINI U.S. LLC, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 1:13-CV-01727-ODE |
| ) | |
| -against- ) | |
| ) | |
| SURESH KANCHUSTAMBHAM, ASHOK ) | |
| LAKSHMAN, K-MACS LLC, and MADHURI ) | |
| BONDADA, ) | |
| ) | |
| Defendants. ) | |

## Proposed ORDER

This matter is before the Court on the *Emergency* Motion of Plaintiff Capgemini U.S. LLC ("Capgemini") for Pre-Judgment Attachment of certain of the Defendants' property and for related injunctive relief. For the reasons set forth therein, the Court GRANTS Plaintiff's Motion as follows.

The Court ORDERS that a Writ of Attachment be issued in favor or Capgemini as provided below, allowing Capgemini to attach, pursuant to O.C.G.A. § 18-3-1, the following properties: (i) real property of defendants Suresh Kanchustambham a/k/a Suresh Kanchusthambham ("Suresh") and his wife Maduri Bondada ("Madhuri") located at 770 Pimlicon Place, Suwanee, GA 30024, (ii) real

{N0345209; 1}

property of Suresh located at 655 Earlham Drive, Suwanee, GA 30024, and (iii) real property of defendant Ashok Lakshman ("Ashok") located at 615 Earlham Drive, Suwanee, GA 30024 (collectively, the "Property"). The Property is valued at approximately $625,000 (the "Attachment Amount").

The Court further ORDERS that Capgemini present to the Clerk of this Court, for filing into the registry of the Court, a bond, pursuant to O.C.G.A. § 18-3-10, in the amount of $1,250,000 (the "Bond"), which is double the Attachment Amount. The Bond must be filed before the above-referenced Writ of Attachment may issue.

The Court further ORDERS that Suresh, Madhuri and Ashok are hereby enjoined from selling or otherwise conveying any of their respective Property or otherwise transferring any assets out of this state pending resolution of this action or Court Order otherwise.

The Court finally ORDERS the Clerk of the Court to accept and file the Bond and to ISSUE to Capgemini the WRIT OF ATTACHMENT attached hereto as Exhibit 1.

**SO ORDERED**, this _____ day of _____, 2013.

_____
ORINDA D. EVANS
United States District Judge


Proposed Order respectfully prepared by:

ARNALL GOLDEN GREGORY LLP

Andrew B. Flake
Georgia Bar No. 262425
Anuj Desai
Georgia Bar No. 193889
171 17th Street Northwest, Suite 2100
Atlanta, GA 30363
Tel: 404-873-8658
anuj.desai@agg.com

Gerry Silver, Esq.
SULLIVAN & WORCESTER LLP
(Admitted Pro Hac Vice)
1633 Broadway
New York, New York 10019
Phone: (212) 660-3096
Fax: (212) 660-3001
gerry.silver@sandw.com

Attorneys for Plaintiff

# EXHIBIT "1"

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| CAPGEMINI U.S. LLC, ) | |
| ) | Civil Action No. |
| Plaintiff, ) | 1:13-CV-01727-ODE |
| ) | |
| -against- ) | |
| ) | |
| SURESH KANCHUSTAMBHAM, ASHOK ) | |
| LAKSHMAN, K-MACS LLC, and MADHURI ) | |
| BONDADA, ) | |
| ) | |
| Defendants. ) | |

**Proposed WRIT OF ATTACHMENT**

**TO:**

**THE UNITED STATES MARSHAL FOR THE NORTHERN DISTRICT OF GEORGIA. YOU ARE COMMANDED** to seize and hold the following real property, pending further order from this Court:

(i) Real property of defendants Suresh Kanchustambham a/k/a Suresh Kanchusthambham ("Suresh") and Madhuri Bondada ("Madhuri") located at 770 Pimlicon Place, Suwanee, GA 30024;

(ii) Real property of Suresh located at 655 Earlham Drive, Suwanee, GA  30024; and

{N0345321; 1}

(iii) Real property of defendant Ashok Lakshman ("Ashok") located at 615 Earlham Drive, Suwanee, GA 30024;

You are further ordered to make a return of this attachment with your actions entered thereon this Court.

**SO ORDERED**, this _____ day of _____, 2013.

_____
ORINDA D. EVANS
United States District Judge

Proposed Writ of Attachment respectfully prepared by:

ARNALL GOLDEN GREGORY LLP

Andrew B. Flake
Georgia Bar No. 262425
Anuj Desai
Georgia Bar No. 193889
171 17th Street Northwest, Suite 2100
Atlanta, GA 30363
Tel:  404-873-8658
anuj.desai@agg.com

Gerry Silver, Esq.
SULLIVAN & WORCESTER LLP
(Admitted Pro Hac Vice)
1633 Broadway
New York, New York 10019
Phone:  (212) 660-3096
Fax:  (212) 660-3001
gerry.silver@sandw.com

Attorneys for Plaintiff